UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| L.W. and J.P., Individually and as<br>CO-GUARDIANS of JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:21-cv-02397-JMS-MJD |
| | ) | |
| ROMAN CATHOLIC ARCHDIOCESE | ) | Judge Jane Magnus-Stinson |
| OF INDIANAPOLIS, INC. and | ) | |
| RONCALLI HIGH SCHOOL, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as

counsel for Defendants, Roman Catholic Archdiocese of Indianapolis, Inc. and Roncalli High

School, Inc.

Dated: September 20, 2021                     Respectfully submitted,

*s/ Michael C. Terrell*
Michael C. Terrell, #2124-49
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023
(317) 713-3500 – phone
(317) 713-3699 – fax
mterrell@taftlaw.com

*Counsel for Defendants Roman Catholic*
*Archdiocese of Indianapolis, Inc. and*
*Roncalli High School, Inc.*

**Certificate of Service**

I hereby certify that on September 20, 2021, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/ Michael C. Terrell*
Michael C. Terrell

71131740v1