UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| L. W. Individually and as Co-Guardian of JOHN DOE, et al. ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) | No. 1:21-cv-02397-JMS-MJD |
| ) | |
| ROMAN CATHOLIC ARCHDIOCESE OF INDIANAPOLIS, INC., et al. ) ) ) | |
| Defendants. ) | |

**ORDER STRIKING STIPULATED PROTECTIVE ORDER**

On November 23, 2021, the Court issued its Order Regarding Protective Orders, which provided in relevant part as follows: "In the event an agreed protective order is required in this matter, the parties **shall file a motion seeking the entry of such an order, attaching thereto the proposed protective order**." [Dkt. 24 at 1 (emphasis added).]

On December 15, 2021, the parties filed a submission of a uniform "Stipulated Protective Order." [Dkt. 32.] Fed. R. Civ. P. 26(c) states: "A party or any person from whom discovery is sought may move for a protective order. . . ." (emphasis added). The Court acts on motions, not proposed orders. Docket No. 32 is, therefore, **STRICKEN**. If the parties seek a protective order, they should properly file a motion requesting such relief. The proposed order must also include the additional language required by the Court's Order Regarding Protective Orders. [Dkt. 24.]

The parties are further reminded to comply with the "Attorneys' Eyes Only" requirement in the Court's Order Regarding Protective Orders, which states as follows: "Additionally, if any

proposed protective order purports to allow documents to be designated as "Attorneys' Eyes Only," such proposed order must include a precise definition of the documents that may be designated as "Attorneys' Eyes Only" pursuant to the order." [Dkt. 24 at 2.] The proposed protective order submitted purports to allow documents to be designated as "Attorneys' Eyes Only," but contains no such definition. In addition, the parties are advised that the Court is unlikely to include an "Attorneys' Eyes Only" provision in any protective order in this case, so any subsequent submission seeking such an order should contain a detailed justification for its inclusion.

SO ORDERED.

Dated: 16 DEC 2021

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.