UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| L.W. and J.P., Individually and as | ) | |
| CO-GUARDIANS of JOHN DOE, | ) | |
| an incapacitated adult, | ) | |
| | ) | |
| Plaintiffs, | ) | CAUSE NO.: 1:21-cv-2397-JMS-MJD |
| | ) | |
| v. | ) | |
| | ) | |
| ROMAN CATHOLIC ARCHDIOCESE | ) | |
| OF INDIANAPOLIS, INC. and | ) | |
| RONCALLI HIGH SCHOOL, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE
## SECOND AMENDED COMPLAINT

Plaintiffs, L.W. and J.P., Individually and as CO-GUARDIANS of JOHN DOE, an incapacitated adult, by counsel, respectfully submit their Motion for Leave to File their Second Amended Complaint pursuant to Rule 15(2) of the Federal Rules of Civil Procedure, and in support state as follows:

1.     This case concerns plaintiffs' individual claims and claims on behalf of their incapacitated adult son, John Doe, for defendants' violations of federal and state law stemming from their failures to prevent and respond to instances of peer-to-peer bullying, harassment, hazing, and sexual, emotional, and physical abuse John Doe experienced while attending Roncalli. [Dkt. 23].

2.     Plaintiffs filed their Complaint for Damages on September 7, 2021. [Dkt. 1].

3.     Defendants filed a Motion to Dismiss on November 1, 2021. [Dkt. 13 and 14].

4.     Plaintiffs filed a First Amended Complaint on November 22, 2021. [Dkt. 23].

5.      Defendants filed a Motion to Dismiss Plaintiffs' First Amended Complaint on November 24, 2021. [Dkt. 27 and 28]. It is based, in part, on their contentions plaintiffs have not plausibly alleged they are recipients of federal financial assistance, a prerequisite for claims under both Section 504 of the Rehabilitation Act and Title IX, or that they are subject to Title II of the Americans with Disabilities Act. [Dkt. 28 at 2].

6.      Since the filing of their First Amended Complaint, and the subsequent briefing related to the Motion to Dismiss, plaintiffs have discovered additional information related to the allegations in their First Amended Complaint and the subjects of the defendants' pending Motion to Dismiss.

7.      Specifically, plaintiffs wish to amend their Complaint to include additional factual support related to the extent, significance, and nexus to John Doe of the defendants' receipt of federal funds, which is at issue in the pending Motion to Dismiss. *See,* [Dkt. 41-1 at ¶¶ 61-64 and ¶¶ 78-81].

8.      Plaintiffs also wish to voluntarily dismiss Count II of the First Amended Complaint for claims brought pursuant to Title II of the Americans with Disabilities Act, 42 U.S.C. § 12131, et seq. ("ADA"). *Cf.,* [Dkt. 23 and 41-1].

9.      Pursuant to Local Rule 15-1 of the United States District Court for the Southern District of Indiana, plaintiffs' signed proposed Second Amended Complaint and proposed Order are included as attachments to this motion. [Dkt. 41-1 and 41-2].

10.     The filing of this Motion for Leave to Amend the Complaint is timely pursuant to the Case Management Plan entered by this Court. [Dkt. 26 at 3].

11.     Plaintiffs now seek leave of the Court to file their Second Amended Complaint which will alleviate pending disputes over the sufficiency of the existing Complaint and streamline any remaining issues for the Court.

WHEREFORE, Plaintiffs respectfully request that their Motion for Leave to File their Second Amended Complaint be granted with the Second Amended Complaint being deemed filed by the granting of this Motion.

Respectfully submitted,

GARAU GERMANO, P.C.

/s/ Ashley N. Hadler
Ashley N. Hadler, #29939-49
Attorney for Plaintiff

GARAU GERMANO, P.C.
3710 Washington Boulevard
Indianapolis, Indiana 46205
(317) 822-9530 Phone
(317) 822-9531 Fax
ahadler@g-glawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2022, I electronically filed the foregoing document using the Court's electronic filing system. A copy of this filing has been served through the Court's electronic filing system upon the following counsel of record:

| Michael C. Terrell | Andrew S. Murphy |
|---|---|
| **TAFT STETTINIUS & HOLLISTER LLP** | **TAFT STETTINIUS & HOLLISTER LLP** |
| One Indiana Square, Suite 3500 | 111 E. Wacker Dr., Suite 2800 |
| Indianapolis, IN 46204 | Chicago, Illinois 60601 |
| mterrell@taftlaw.com | amurphy@taftlaw.com |

/s/ Ashley N. Hadler
Ashley N. Hadler