UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| L. W., et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  No. 1:21-cv-02397-JMS-MJD |
| | ) |
| ROMAN CATHOLIC ARCHDIOCESE OF | ) |
| INDIANAPOLIS, INC., et al. | ) |
| | ) |
| Defendants. | ) |

**SCHEDULING ORDER**
**HON. MAGISTRATE JUDGE MARK J. DINSMORE**

This matter comes before the Court on Plaintiffs' Motion for Leave to File Second Amended Complaint. [Dkt. 41.] Any response to the Motion is due on or before **January 31, 2022**. Any reply in support of the Motion is due on or before **February 4, 2022**.

SO ORDERED.

Dated: 24 JAN 2022

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.