UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| L.W. and J.P., Individually and as CO-GUARDIANS of JOHN DOE, an incapacitated adult,<br><br>Plaintiffs,<br><br>v.<br><br>ROMAN CATHOLIC ARCHDIOCESE OF INDIANAPOLIS, INC. and RONCALLI HIGH SCHOOL, INC.,<br><br>Defendants. | CAUSE NO.: 1:21-cv-2397-JMS-MJD |

**PLAINTIFFS' MOTION TO COMPEL FROM NON-PARTIES,
INDIANAPOLIS METROPOLITAN POLICE DEPARTMENT and
MARION COUNTY PROSECUTOR'S OFFICE**

Plaintiffs, L.W. and J.P., Individually and as Co-Guardians of John Doe, an incapacitated adult, by counsel, pursuant to Rule 45 of the Federal Rules of Civil Procedure and Local Rule 37-1, for their Motion to Compel from Non-Parties, Indianapolis Metropolitan Police Department and Marion County Prosecutor's Office, to produce for inspection and copying, *inter alia,* the complete file materials in their possession, custody, and control relating to JOHN DOE, state as follows:

1. On January 24, 2022, a copy of the Notice of Intent to Serve Subpoenas to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to Indianapolis Metropolitan Police Department and Marion County Prosecutor's Office ("Subpoenas") was sent to Defendants' counsel in compliance with Local Rule 45-1. The Subpoenas are attached as **Exhibit A**.

2. On February 7, 2022, the Subpoenas were sent via e-mail to Anne C. Harrigan, Chief Litigation Counsel for the Office of Corporation Counsel for the Consolidated City of Indianapolis and Marion County. A copy of the email is attached hereto as **Exhibit B**.

3. On February 7, 2022, Ms. Harrigan confirmed receipt of the Subpoenas. A copy of Ms. Harrigan's email is attached hereto as **Exhibit C**.

4. On May 17, 2022, the Office of Corporation Counsel provided materials via e-mail in response to the Subpoenas. A copy of the e-mail is attached hereto as **Exhibit D**.

5. Upon inspection of the provided materials, it was discovered that documents produced were heavily redacted, including, but not limited to, redacting the names of L.W. and JOHN DOE and names of witnesses. Other materials including photographs, videos, e-mails, audio and/or transcription of witness interviews, and a file obtained from Snapchat via subpoena were also missing from the production.

6. On July 8, 2022, an authorization for release of information and a copy of the Stipulated Protective Order in the civil action were provided to the Office of Corporation Counsel as requested before releasing additional materials. A copy of the e-mail is attached hereto as **Exhibit E**.

7. On July 8, 2022, the Office of Corporation Counsel provided a video as part of their response to the Subpoena and indicated that documents previously provided on May 17, 2022, would be unredacted and resent. A copy of the e-mail is attached hereto as **Exhibit F**.

8. Since then, the unredacted documents and additional materials have not been provided despite multiple follow-up attempts via e-mail and a phone call discussing the status of the response that occurred on August 2, 2022.

9. Indianapolis Metropolitan Police Department and Marion County Prosecutor's Office's failure to respond to the Subpoena is counter to the rules of Civil Procedure and is forcing Plaintiffs to incur additional costs and fees in having to file a Motion to Compel.

10. The production of these documents is necessary for Plaintiffs to prepare for trial. The documents are relevant to party and non-party witness depositions that are currently underway and cannot be postponed under the current Case Management Plan deadlines.

WHEREFORE, Plaintiffs, L.W. and J.P., Individually and as Co-Guardians of John Doe, an incapacitated adult, by counsel, request the Court grant this motion and order non-party Indianapolis Metropolitan Police Department to produce for inspection and copying the unredacted documents and any and all remaining file materials in their possession within (seven) 7 days from the date of the Court's order, at its own expense, and for all other appropriate relief.

Respectfully submitted,

GARAU GERMANO, P.C.

*/s/ Ashley N. Hadler*
Ashley N. Hadler, #29939-49
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2022, a copy of the foregoing was filed electronically, and that service of this filing was made upon the following ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filling through the Court's system.

Michael C. Terrell
**TAFT STETTINIUS & HOLLISTER LLP**
One Indiana Square, Suite 3500
Indianapolis, IN 46204
mterrell@taftlaw.com

Andrew S. Murphy
**TAFT STETTINIUS & HOLLISTER LLP**
111 E. Wacker Dr., Suite 2800
Chicago, Illinois 60601
amurphy@taftlaw.com

*/s/ Ashley N. Hadler*
Ashley N. Hadler

GARAU GERMANO, P.C.
3710 Washington Boulevard
Indianapolis, Indiana 46205
(317) 822-9530 Phone
(317) 822-9531 Fax
ahadler@g-glawfirm.com
*Attorney for Plaintiffs*